UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Aaron Michael Tadlock**                    **Docket No. 7:20-CR-169-1FL**

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Aaron Michael Tadlock, who, upon an earlier plea of guilty to Count 1- Possession With Intent to Distribute a Quantity of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), and Count 2- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c) and 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 11, 2022, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.  Aaron Michael Tadlock was released from custody on January 10, 2026, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 15, 2026, the defendant submitted a urine sample that tested positive for marijuana and methamphetamine. When confronted, he admitted to using illegal substances on a previous date.  He was referred for a substance abuse assessment and enrolled in the Surprise Urinalysis Program.  On February 19, 2026, the defendant provided a urine sample that tested positive for marijuana and methamphetamine.  He admitted to using illegal substances on a previous date.  The defendant continued to attend individual and group substance abuse counseling and was referred for a psychiatric evaluation.  On February 24, 2026, the defendant provided a urine sample that tested positive for marijuana and methamphetamine.  The defendant admitted to using illegal substances again on a previous date.  The defendant is very remorseful for his actions and wishes to regain his sobriety.  The treatment provider recommended that the defendant enroll in and complete a term of inpatient treatment.  The defendant has agreed to this and shall enter a 90-day inpatient program on or about March 16, 2026.  Should the defendant fail to remain at, and complete the inpatient program, the court shall be notified, and a hearing shall be requested. In addition, it is recommended that the defendant submit himself to a 60-day term of home detention, to begin upon his release from the 90-day inpatient program.  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to location monitoring technology as determined by the U.S. Probation Officer and comply with its requirements as directed.  This term of home detention shall be held in obeyance while the defendant is enrolled in the inpatient program and shall begin upon his release.

Except as herein modified, the judgment shall remain in full force and effect.

**Aaron Michael Tadlock**
**Docket No. 7:20-CR-169-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: March 11, 2026

## ORDER OF THE COURT

Considered and ordered this ___13th___ day of ____March_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge